\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 26, 2023 at 1:46:36 PM EDT | Staples | 55 | 2 | Received |

7/26/2023  5:45 PM  FROM: Staples                                              P. 1

FILED
**July 26, 2023**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

To Chief Judge
Henry W. Van Eck

To: Chief Judge Henry W. Van Eck.

From: Dennis F Guen SR. 123-01582-HWV.

I am requesting an extra <u>14 day</u> (extention) on filing my paperwork (documents).

I thought I would be able to handle this myself, but <u>I now know a lawyer is needed</u>.

I have medical problems and they are causing me problems.

Thank you
Dennis F Guen Sr