\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| August 28, 2023 at 2:46:12 PM EDT | Staples | 95 | 3 | Received |

8/28/2023  6:44 PM  FROM: Staples            TO: +17179012844       P. 1

August 28, 2023

FILED
August 28, 2023
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

To Judge — Henry W. Van Eck

From Dennis T. Green Sr

23-01532-13 HVE.

# GREENCASTLE FAMILY PRACTICE
50 EASTERN AVENUE SUITE 135
GREENCASTLE, PA 17225-1195
717-597-3151

## Clinical Visit Summary of Today's Visit

Dennis F. Green Sr
08/10/2023 Visit with Kent Copeland, MD

DOB: 01/20/1950 Sex: M Race: White
Ethnicity: Not Hispanic / Latino Preferred Language: English

### Vitals
BP: 140/80 Pulse: 71 T: 98.6 O2SatR: 99

### Today's Diagnosis
Covid-19 (U07.1)

### Problem List
Chronic obstructive lung disease
Chronic kidney disease stage 3A
Essential hypertension

### Allergies
Penicillins; Contrast, Reaction: Renal failure

### Medications
New
  Kent Copeland, MD
    Paxlovid (300/100) : 20 x 150 MG & 10 x 100MG, take as directed. 2 tablets of nirmatrelvir 150mg and 1 tablet of ritonavir 100 mg taken together by mouth twice a day for 5 days. (U07.1)
Continue
  John Strickler, PA-C
    Losartan Potassium : 50 mg, take 1 tablet by mouth every day
    Atenolol : 50 mg, take 1 tablet by mouth every day (I10)
    Vitamin D (Ergocalciferol) : 1.25 mg (50000 ut), take 1 capsule by mouth once weekly for vitamin d deficiency
    Sildenafil Citrate : 20 mg, 1 tab by mouth 1 hour before sexual activity as needed for ed. may increase to 2 or 3 tab as needed. nte 100mg/day
    Atorvastatin Calcium : 40 mg, take 1 tablet by mouth every day (I65.23)
  Unspecified Prescriber
    Tamsulosin HCL : 0.4 mg, take 1 pill 30 min after same meal each day

### Comments
COVID-19 (U07.1)
Your test today is wildly positive for the COVID virus infection. This explains your symptoms. Happily, you are oxygenating well with your supplemental oxygen your pulse ox is 99%. Your lungs do have the crackles that go along with your chronic lung condition. You appeared to be within the 5-day limit for getting the Paxlovid. Lets get that started immediately.

You do have active covid infection. At this point, your infection is mild. Do isolate and rest at home for 5 days. If, towards the end of that period, you develop a fever, you will need to isolate until at least 24 hours

August 28, 2023

To Whom It May Concern,

I am unable to drive to drop off this paper work for chapter 13.

I have Covid 19 and can not get rid of it.

I can't drive and every thing is hazy, but I know today is the deadline

So I am sending via mail. I know things are not right but I am trying. Will have a lawyer by Friday 9-1-23

Thank You
Dennis L. Guy Sr.

#23-01532-13.