United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01582-HWV |
| Dennis Farrell Green, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1
Date Rcvd: Sep 13, 2023      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dennis Farrell Green, Sr., 7138 Fairway Dr S., Fayetteville, PA 17222-9426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| DENNIS FARRELL GREEN, SR., | : |
| | : CASE NO. 1:23-bk-01582-HWV |
| Debtor. | : |

## ORDER

Upon consideration of the Form 122C-1 and Form 122C-2 filed by the Debtor, Docs. 24, 25, and it appearing that neither form contains the signature of the Debtor as required by Federal Rule of Bankruptcy Procedure 9011, and the Court having entered an Order on August 30, 2023 directing the Debtor to file signed versions of these documents, Doc. 26, and it appearing that this Order has not been complied with, it is

**ORDERED** that the pleadings are stricken without prejudice for failure to comply with Rule 9011 and the Court's August 30, 2023 Order. In the event that the Debtor does not file proper versions of these documents before the appropriate deadline to do so, *see* Doc. 21, the above-captioned case may be dismissed without further notice or hearing.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 12, 2023