United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                         Case No. 23-01582-HWV

Dennis Farrell Green, Sr.                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                    Page 1 of 2

Date Rcvd: Oct 12, 2023                        Form ID: pdf010                                Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Farrell Green, Sr., 7138 Fairway Dr S., Fayetteville, PA 17222-9426 |
| 5566319 | | DESAI DENTAL ASSOCIATES DDS PC, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5566928 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 18:40:08 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5554246 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 12 2023 18:31:00 | CROSSCOUNTRY MORTGAGE LLC, 1 CORPPORATE DR SUITE 360, LAKE ZURICH, IL 60047 |
| 5561856 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 12 2023 18:31:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5559633 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2023 18:40:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5563957 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 12 2023 18:31:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham MD 21236-5904 |
| 5567558 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2023 18:31:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5567539 | | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2023 18:40:08 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5554662 | + | Email/Text: bknotices@totalcardinc.com | Oct 12 2023 18:31:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 5567780 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 12 2023 18:31:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CrossCountry Mortgage  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Dennis Farrell Green, Sr.**

| | |
|---|---|
| **Debtor 1** | **Chapter:** 13 |
| | **Case No.:** 1:23-bk-01582-HWV |

## ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

**Schedules I-J**

**Statement of Financial Affairs**

**Employee Income Records or Certificate of No Payment Advices**

**IT IS ORDERED** that the case of the above named Debtor is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 12, 2023